**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

DANA WILLIAMS,

    Plaintiff,

v.   Case No. 3:07cv244/LAC

CITY OF DESTIN, FLORIDA,

    Defendant.

_____/

**ORDER OF DISMISSAL**

The Plaintiff has informed the Court that a settlement has been reached between the parties, with formal approval by the City of Destin's governing body pending. Therefore, this case is **DISMISSED** from the active docket of the Court. In the event that the settlement is not consummated, the Court reserves the power, upon motion filed by any party within eighty (80) days from the date of this order, to amend or vacate and set aside this order of dismissal and reinstate this case.

**ORDERED** on this 28th day of February, 2008.

                                                s/ *L.A. Collier*
                                                Lacey A. Collier
                                        Senior United States District Judge